UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **PETER MALS** | : |
| | : |
| v. | :     NO. 3:19-cv-1770-VLB |
| | : |
| **SMITH & NEPHEW, INC.** | : |

### JUDGMENT

This action having come before the Court on defendant's Motion for Summary Judgment before the Honorable Vanessa L. Bryant, Senior United States District Judge; and

The Court having considered the full record of the case including applicable principles of law and having issued an Order granting defendant's motion absent objection and closing the case with prejudice; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered for defendant and this case is closed.

Dated at Hartford, Connecticut, this 21st day of June, 2021.

ROBIN D. TABORA, Clerk

By  /S/ Jeremy J. Shafer
      Jeremy Shafer
      Deputy Clerk

EOD: 6-21-2021